**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


| | | |
|---|---|---|
| **John Kaltenmark,** | ) | **CASE NO. 1:04 CV 2347** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **K-Mart, Inc.,** | ) | **Judgment Entry** |
| | ) | |
| **Defendant.** | ) | |


This Court, having issued its Memorandum of Opinion and Order GRANTING Defendant K-Mart, Inc.'s Motion for Summary Judgment (Doc. 30), hereby enters judgment in favor of defendant K-Mart, Inc., and against plaintiff John Kaltenmark.

IT IS SO ORDERED.


 /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 12/2/05

1